IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLOS PERRY                                                                                          PLAINTIFF

v.                                            Case No. 1:23-cv-1041

WEST FRASER, INC.                                                                                DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Compel Plaintiff's Deposition and Amended Motion to Compel Plaintiff's Deposition. ECF Nos. 16, 18. Plaintiff, who represents himself in this matter, has not responded to the motion, and his time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

In the instant motion, Defendant asks the Court to compel Plaintiff to participate in a deposition. Defendant explains that it contacted Plaintiff in March and April 2024 and requested Plaintiff to provide dates for his deposition. Defendant states that Plaintiff has not responded to Defendant's communications.

The Federal Rules of Civil Procedure allow parties to depose one another as part of the discovery process. Fed. R. Civ. P. 30. In the present case, it appears that Plaintiff is not participating in this process. Accordingly, the Court **GRANTS** Defendant's motions (ECF Nos. 16, 18) and **ORDERS** Plaintiff to appear for a deposition at 9:00 a.m. on August 6, 2024, at the offices of Mitchell Williams Law Firm, 425 West Capitol Avenue, Suite 1800, Little Rock, Arkansas 72201. Plaintiff is advised that, should he refuse to participate in his deposition without legitimate cause, the Court can impose sanctions, which could include dismissal of Plaintiff's case for failure to prosecute.

**IT IS SO ORDERED**, this 28th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge